UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| ZENDRA SCOTT SHEPHERD, | * | CASE NO.  20-72147-WLH |
| | * | |
| DEBTOR. | * | |

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND RESCHEDULED MEETING OF CREDITORS

Edwin K. Palmer having rejected the appointment as interim trustee, the United States Trustee gives notice that, pursuant to 11 U.S.C. § 701, **S. Gregory Hays** is appointed as interim trustee in this case and is designated to preside over the meeting of creditors.  The trustee shall serve under the blanket bond heretofore approved.  Unless creditors at the first meeting of creditors held pursuant to 11 U.S.C. § 341(a) elect another trustee, the interim trustee appointed herein shall serve as trustee without further appointment or qualification under the same bond.

The name and address of the interim trustee and the date, time, and location of the rescheduled meeting of creditors are as follows:

| | |
|---|---|
| **S. Gregory Hays**<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30302 -2153<br>Phone: (404) 926-0051 | **February 2, 2021, at 8:50 a.m.**<br><br>The meeting will be held by telephone conference call.<br>To attend, dial: **866-909-7148**.<br>When prompted, enter participant code: **4958999#.** |

Notice given by:         NANCY J. GARGULA
            UNITED STATES TRUSTEE, REGION 21

            *s/ Jeneane Treace*
            R. Jeneane Treace
            Georgia Bar No. 716620
            United States Department of Justice
            Office of the United States Trustee
            362 Richard B. Russell Federal Building
            75 Ted Turner Drive, S.W.
            Atlanta, Georgia  30303
            (404) 331-4437
            *jeneane.treace@usdoj.gov*